Form 7-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7

| | |
|---|---|
| Nature's Touch Frozen Foods, LLC <br><br> Plaintiff, <br> v. <br> United States <br><br> Defendant. | Court No.   24-54 <br><br> and Attached Schedule |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 3/4/26

/s/ John M. Peterson
_____
Signature of Plaintiff's Attorney

John M. Peterson
_____
Attorney for Plaintiff

Neville Peterson LLP
_____
Firm

55 Broadway Suite 2602
_____
Street Address

New York, NY 10006
_____
City, State and Zip Code

212-635-2730
_____
Telephone Number

jpeterson@npwny.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-54 | Nature's Touch Frozen Foods, LLC | 3009-23-100345 | 30096107355<br>30096147435<br>30096220109<br>30078539146<br>30087780202<br>30078585271<br>30078655827<br>30078300911<br>30078847366<br>30030885281<br>30078904274<br>30032422133<br>30079577145<br>30033656242<br>30060200666<br>30060279728<br>30060455799<br>30060492578<br>WFN89296483 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: March 11, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)